**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6533

ROBBIE COLLINS,

Plaintiff - Appellant,

v.

ANTHONY PADULA, Warden; MICHAEL MCCALL, Warden; SERGEANT
KEITH MCBRIDE; LIEUTENANT JASON DAVIS; CLEVLAND DEMARIE; AW
BROOKS; BRUCE OBERMAN; SERGEANT CHARLIE BROWN; MISS DESAI,
Librarian; HERMAN FINKLEY; JAMES DEAN; LIEUTENANT
BUTERBAUGH; NURSE MCDONALD; CAPTAIN THOMAS COMMANDER; DOCTOR
PATE, a/k/a John Pate; W. MILLER, Librarian; NURSE STEPHANIE
BROWN; NURSE LINDA ROMAN; NURSE T. HUBBARD, a/k/a Tonya
Hubbard; OFFICER MCCONICO; NURSE NORAH, f/k/a Nurse North,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(2:12-cv-03112-DCN-BHH)

Submitted: August 28, 2014          Decided: September 3, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robbie Collins, Appellant Pro Se. David Cornwell Holler, LEE
ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina;
Stephen Lynwood Brown, Russell Grainger Hines, YOUNG CLEMENT
RIVERS, LLP, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Collins appeals the district court's order accepting the recommendation of the magistrate judge in part and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Collins v. Padula, No. 2:12-cv-03112-DCN-BHH (D.S.C. Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED